UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BREANNA R. MISTLER,<br><br>　　　　　　　　Defendant. | CASE NO. MJ24-257<br><br>**DETENTION ORDER** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charge by complaint with assault. The complaint alleges Defendant was observed kicking and shaking her child who is approximately two years of age while on a flight returning from Mexico. The complaint alleges that after the flight landed, law enforcement observed what they believed were recent bruises to the child's eye, check, shoulder, and forearm.

Defendant has no ties to this District and appears to be a resident of California. She reported to the pretrial services she is unemployed, and it appears she has no savings and less than $80.00. Defendant indicated she has been diagnosed with a mental health condition, and occasionally uses alcohol and marijuana. Her court records indicate she went through a drug

DETENTION ORDER - 1

court deferral in 2018. Defendant's contacts with law enforcement appear to be accelerating. She was charged with felony arson for an incident occurring in October 2023. She was found guilty of felony arson in March 2024 and is pending sentencing in this matter. In December 2023, Defendant was investigated for burglary and child abuse. These matters have apparently been dismissed. The present alleged offense occurred on May 1, 2024. The Court finds Defendant has displayed a high level of instability over the last six months and allegedly assaulted a particularly vulnerable victim: her two-year old child. The Court concludes Defendant should be detained in view of her instability, the nature of the offense, and the vulnerability of the alleged child victim.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 6th day of May, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2